NORMAN SCHANTZ AND SANDRA SCHANTZ, PLAINTIFFS-APPELLANTS, JOHN T. BROCKWELL AND ABBIE BROCKWELL, PLAINTIFFS - INTERVENORS - APPELLANTS, v. EDGAR L. RACHLIN, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 6, 1969—Decided January 15, 1969.

Before Judges SULLIVAN, FOLEY and LEWIS.

*Mr. Philip J. Blanda, Jr.,* argued the cause for appellants (*Messrs. Blanda and Blanda,* attorneys).

*Mr. Albert G. Besser* argued the cause for defendant-respondent (*Messrs. Hannoch, Weisman, Stern & Besser,* attorneys; *Mr. Bruce Lubitz,* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons given by Judge Lane in his opinion, reported at 101 *N. J. Super.* 334 (*Ch. Div.* 1968).

Affirmed.